164 So.2d 351

#### Clarice ADDINGTON

v.

#### The AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, Traders & General Insurance Company and James L. Rike.

#### No. 47249.

May 27, 1964.

In re: American Insurance Company of Newark, New Jersey, and James L. Rike applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 162 So.2d 190.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

164 So.2d 351

#### Evariste R. RICHARD

v.

#### FOODS AND SERVICES, INC.

#### No. 47253.

May 27, 1964.

In re: Foods and Services, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 162 So.2d 213.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the judgment complained of is correct.